UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Jaime Jasso Amezcua

Defendant.

No. CR 14mj 70507 HRL

**ORDER - CJA CONTRIBUTIONS DUE**

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C.§3006(A).

IT IS HEREBY ORDERED THAT:

[X] THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $ 100 — PER MONTH, until the case is concluded or until further order of the Court, commencing: *if not in custody*

[X] That certain date of 4/20/14 and the SAME DAY each month thereafter;

[X] MAIL TO:  Clerk, U.S. District Court
280 South First Street, Room 2112
San Jose, CA 95113-3095

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF

$_____, DUE BY _____.

[ ] MAIL TO:  Clerk, U.S. District Court
280 South First Street, Room 2112
San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: 4/10/2014

_____
Howard R. Lloyd, U.S. Magistrate Judge